THE PEOPLE OF THE STATE OF NEW YORK ex rel. HENRY GARTELMAN, Appellant, *v.* THEODORE A. BINGHAM, as Police Commissioner of the City of New York, Respondent.

*People ex rel. Gartelman* v. *Bingham,* 133 App. Div. 944, affirmed.
(Submitted February 7, 1911; decided February 21, 1911.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 13, 1909, which dismissed a writ of certiorari and affirmed the proceedings of the defendant in dismissing the relator from the police force of the city of New York.

*Louis J. Grant* and *Jacob Rouss* for appellant.

*Archibald R. Watson,* Corporation Counsel (*Theodore Connoly* and *Harry Crone* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, HISCOCK, CHASE and COLLIN, JJ. Not voting: VANN and WILLARD BARTLETT, JJ.